Samuel Marks et al., trading as H. Marks' Sons, Defendants in Error, v. Ike Williams et al., trading as J. Williams' Sons, Plaintiffs in Error.

Gen. No. 19,039.    (Not to be roported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES E. JENNINGS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed on remittitur. Opinion filed April 23, 1914.

### Statement of the Case.

Action by Samuel Marks and Jacob H. Marks, trading as H. Marks' Sons, against Ike Williams and Ruby Williams, trading as J. Williams' Sons, to recover damages for the alleged wrongful conversion by the defendants of sixteen tons of scrap iron of the value of $10.25 per ton. To reverse a judgment in favor of plaintiffs for $164, defendants bring error.

HENRY ROTH, for plaintiffs in error.

LOUIS H. MARKS, for defendants in error.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

### Abstract of the Decision.

TROVER AND CONVERSION, § 39*—*when amount of recovery not sustained by the evidence.* In an action for the conversion of a certain quantity of scrap iron, a judgment in favor of plaintiffs *held* not sustained by the evidence as to the amount of scrap iron converted, and the judgment was affirmed on condition of remittitur.

*See Illinois Notes Digest, Vols. XI to XV and Cumulative Quarterly, same topic and section number.